IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GLADYS MACAULEY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 04cv01198 RWT |
| | * |
| **JONATHAN LEE, et al.,** | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*

## MEMORANDUM OPINION

Plaintiff filed this suit against Defendants Jonathan Lee ("Lee"), Allstate Insurance Company ("Allstate"), and Larry Weeks ("Weeks") on April 16, 2004. Defendants Allstate and Weeks were properly served with process and filed Answers on July 2, 2004 and September 27, 2004, respectively. [Papers no. 3 and 9]. Plaintiff has requested and received a total of four extensions of time to effect service on Defendant Lee. [Papers no. 5, 14, 18, 21].

The Court recently issued a Show Cause Order requesting that Plaintiff explain why Defendant Lee should not be dismissed without prejudice from this action pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8(a). [Paper no. 25]. Plaintiff responded to the Show Cause Order [Paper no. 29] and also filed a Motion for Alternative Service which asserts that Defendant Lee has been evading service of process. [Paper no. 28]. Nothing in the papers relating to this case indicates that Defendant Lee has evaded service of process, however. It appears that Plaintiff has simply been unable to locate Defendant Lee to effectuate service..

The Court will under separate order deny Plaintiff's Motion for Alternative Service because it does not comply with Md. Rule 2-121. In any event, Plaintiff has failed to demonstrate that the reason for her failure to serve Lee is any evasion on Lee's part. The Court reminds Plaintiff that it issued a Scheduling Order on July 24, 2006. [Paper no. 26]. Plaintiff can now use the means of discovery authorized by this Court to attempt to locate Defendant Lee and effectuate service of

process.  If Plaintiff fails to effectuate service within 90 days of the attached order, Defendant Lee will be dismissed from this action without prejudice.

|  |  |
|---|---|
|    8/10/06    |    /s/    |
| DATE | ROGER W. TITUS |
|  | UNITED STATES DISTRICT JUDGE |